UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80014-CR-ROSENBERG/ BRANNON

UNITED STATES OF AMERICA

        Plaintiff,

vs.

TIMOTHY MCLEOD,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Dave Lee Brannon August 14, 2014. A Report and Recommendation was filed on August 20, 2014 (D.E. 185) recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

    **ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. 185), of United States Magistrate Judge Dave Lee Brannon, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty of count one of the Second Superseding Information which charges that the Defendant having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, making extortionate extensions of credit, did conceal and did not as soon as possible make known the same to some Judge or other person in

civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 7th day of October, 2014.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Brannon
All Counsel Of Record